Case No. 25-MJ-00130-LMC (JAM)

**AFFIDAVIT**

I, Mark Spiegel, a Detective with the Kansas City, Missouri Police Department, being duly sworn, hereby state as follows:

1. I have been a Police Officer with the Kansas City, Missouri, Police Department ("KCMOPD") for approximately 24 years and I am currently assigned to the Shoal Creek Property Crimes Unit. I am responsible for conducting investigations regarding property crimes to include, but not limited to, burglaries, stolen automobiles, and stolen firearms in the Kansas City area.

2. The information contained in this Affidavit is based on my personal knowledge and observations, my training and experiences, and information provided to me by other law enforcement officers and individuals. Because this Affidavit is being submitted for the limit purpose of a criminal complaint, I have not included every fact known to me concerning this investigation.

3. The information in this Affidavit is to demonstrate probable cause to charge **Clayton L. Colby** with Possession with Intent to Distribute Methamphetamine, in violation of 21 USC §§ 841(a)(1) and (b)(1)(B); Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 USC § 924(c)(1)(A)(i); and Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

4. On October 16, 2025, at approximately 3:35 p.m., KCMOPD officers were conducting surveillance at 5015 North Woodland Avenue, Kansas City, Missouri, located within the Western District of Missouri, regarding a gray 2015 Jeep Grand Cherokee that was reported stolen out of Lee's Summit, Missouri, on October 8, 2025. The officers observed the Jeep in the area of Northeast Vivion Road and North Highland Avenue, Kansas City, Missouri, located within the Western District of Missouri. The driver was described to be a white male wearing a black baseball style hat and a black shirt. The front passenger was described to be a white female wearing a blue shirt with white numbers (52). The officers attempted to stop the Jeep by activating their emergency light and sirens. The driver

of the Jeep then fled at a high rate of speed. A police helicopter was in the area and obtained visual and maintained a line of sight on the Jeep from the air.

5. The Jeep travelled northbound on North Virginia Avenue as it approached a high school. The Jeep vehicle almost struck a school bus and went off the roadway and then drove through the front yards of residential homes. The Jeep returned to the roadway and came to a stop a short time later in front of 1308 Northeast 46th Terrace, Kansas City, Missouri, located within the Western District of Missouri. The driver, later identified as **Clayton L. Colby**, and front female passenger exited the vehicle and fled on foot.

6. **Colby** ran across the north and south bound lanes of I-29 highway with a black backpack on his back. A KCMOPD officer attempted to stop **Colby** in the median of I-29, however, **Colby** ran across the northbound lanes of I-29. The officer chased **Colby** on foot into a nearby wooded area. As **Colby** ran through the woods, he fell down a hill near a runoff pipe and drain, causing the black backpack to fall off his shoulder. After a physical struggle, the officer was able to place **Colby** in handcuffs.

7. The following items were discovered inside **Colby's** black backpack:

a. A black and silver Taurus 9mm handgun, bearing serial number TJW03250, that was loaded with one live round of ammunition in the chamber and twelve rounds of ammunition in the magazine;
b. An extended magazine loaded with seventeen rounds of ammunition;
c. A hard case that contained a gallon size plastic bag that was filled with a white rock substance, that weighed approximately 372.41 grams and tested positive for methamphetamine;
d. A green leafy substance that appeared to be marijuana in a clear plastic baggie that weighed approximately 25.10 grams;
e. Drug paraphernalia items including two scales, plastic baggies, marijuana grinders, rolling papers, and smoking pipes;
f. A black wallet that contained a Missouri non driver's license, two Social Security cards, two Missouri Department of Corrections ID cards, five miscellaneous cards, and a birth certificate all issued to **Colby**; and
g. $5,743.00 in United States currency.

8. The Affiant and other police officers involved in this investigation believe based upon their training and experience that the items contained in the backpack are indicative of narcotics sales and that the methamphetamine was possessed with the intent of distribution. Further, based upon their training and experience, they believe that drug traffickers frequently possess firearms to protect themselves, their product, and their profits from other criminal actors.

9. After his arrest, **Colby** was transported to an area hospital since he complained he broke his left shin. A KCMOPD detective attempted to interview **Colby** at the hospital. After Colby was advised of his *Miranda* rights, he requested counsel.

10. A nexus expert with the Bureau of Alcohol, Tobacco, Firearms and Explosives provided verbal confirmation that the Taurus firearm was not manufactured in the State of Missouri, thus travelled interstate commerce.

11. A review of Colby's criminal history reveals the following felony convictions:

a. On February 19, 2015, Colby was sentenced to seven years for Burglary in the Second Degree in Case No. 14CY-CR00612 in the Circuit Court of Clay County, Missouri. The execution of this sentence was suspended.

b. On May 23, 2019, Colby was sentenced to three years for Burglary in the Second Degree in Case No. 19CY-CR00496-01 in the Circuit Court of Clay County, Missouri.

c. On April 8, 2022, Colby was sentenced to eight years for two counts of Burglary in the First Degree and seven years for three counts of Stealing in the Missouri Department of Corrections in Case No. 2016-CR04284-01 in the Circuit Court of Jackson County, Missouri.

d. On April 28, 2022, Colby was sentenced to fifteen years for Trafficking in Stolen Identities and seven years for Possession of a Controlled Substance in Case No. 18AE-CR02794-01 in the Circuit Court of Platte County, Missouri. The execution of these sentences was suspended.

e. On April 28, 2022, Colby was sentenced to fifteen years for Burglary in the First Degree and seven years for Stealing in Case No. 19AE-CR01205-01 in the Circuit Court of Platte County, Missouri. The execution of these sentences was suspended.

f. On May 3, 2022, Colby was sentenced to seven years for Burglary in the Second Degree and seven years for Stealing in the Missouri Department of Corrections in Case No. 19AE-CR01208-01 in the Circuit Court of Platte County, Missouri. The execution of these sentences was suspended.

FURTHER AFFIANT SAYETH NAUGHT.

MARK SPIEGAL
Kansas City, Missouri Police Department

Subscribed to and sworn to before me
Telephonically at 1:54 p.m., with signatures confirmed
this 17th day of October 2025.

HONORABLE JILL A. MORRIS
United States Magistrate Judge
Western District of Missouri